## Margaret McKinney v. William McKinney.

*Equity pleading and practice: Premature decree: Notice of hearing.* A decree entered within two weeks after the cause was put at issue, the record not showing that the cause was brought to a hearing by stipulation, or that the defendant was present at the hearing or had notice thereof, is held to have been prematurely entered.

*Heard January 18. Decided January 23.*

Appeal in Chancery from St. Clair Circuit.

This is a bill for divorce on the ground of cruelty.

*Brown & Farrand,* for complainant.

*Atkinson & Stevenson,* for defendant.

COOLEY, CH. J:

On the face of the record it would seem that the decree in this case was entered prematurely. The date is only about two weeks from the time the cause was put at issue, and it does not appear that the cause was brought to a hearing by stipulation. Neither does the decree recite the appearance of defendant at the hearing, or any notice of hearing to him. Under these circumstances we must reverse the decree, and send the case back for further proceedings. We shall not, however, award any costs.

The other Justices concurred.